UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/25/2025

In re *Ex Parte* Application of LIGHTHOUSE INVESTMENT PARTNERS LLC; and THE CHURCH OF ENGLAND PENSIONS BOARD, AS TRUSTEE OF THE CHURCH ADMINISTRATORS PENSION FUND; for an order pursuant to 28 U.S.C. § 1782

Misc. Case No.: 25-mc-00364

[PROPOSED] ORDER

This matter comes before the Court on the *ex parte* application ("Application") of Lighthouse Investment Partners LLC; and The Church of England Pensions Board, as Trustee of The Church Administrators Pension Fund (the "Applicants") for an order pursuant to 28 U.S.C. § 1782 granting leave to obtain discovery for use in a foreign proceeding. The Applicants seek deposition testimony and documents from JPMorgan Chase & Co. ("JPM") in connection with foreign proceedings pending in the City Court of Copenhagen and Eastern High Court in Denmark between the Applicants and the defendant in the underlying Danish Actions, Danske Bank A/S.

The Court, having fully considered the papers on file and submitted herewith, and good cause appearing:

HEREBY GRANTS the Application *to the extent hereinafter set forth and otherwise denies it without prejudice to renewal on proper papers*

IT IS HEREBY ORDERED THAT:

1. The Applicants are authorized pursuant to 28 U.S.C. § 1782 to ~~take discovery from JPM for use in foreign proceedings, relating to the issues identified in their Application,~~ *obtain and serve* ~~including issuing~~ the subpoena ~~for deposition testimony and~~ *for* production of documents in the form attached as Exhibit~~s G and~~ H to the Lee Declaration submitted in support of the Application;

2. ~~JPM is directed to comply with such subpoenas in accordance with the Federal Rules of Civil Procedure and the Rules of this Court; and~~

1

~~3. Counsel for the Applicants is appointed to issue, sign and serve such subpoenas upon JPM.~~

2. This order is without prejudice to any objections and/or motions to quash the subpoena that JP Morgan Chase + Co. ~~make~~ may make.

Signed this 25th day Sept. 2025

3. The request to issue the proposed deposition subpoena is denied, at least in part, because it fails to include the Subjects of Examination in the attached Schedule A.

/s/ 9/25/25

SO ORDERED

_____
U.S.D.J.

2