UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-12-25

| | |
|---|---|
| In re *Ex Parte* Application of LIGHTHOUSE INVESTMENT PARTNERS LLC; and THE CHURCH OF ENGLAND PENSIONS BOARD, AS TRUSTEE OF THE CHURCH ADMINISTRATORS PENSION FUND; for an order pursuant to 28 U.S.C. § 1782 | Misc. Case No.: 25-mc-364<br><br>[PROPOSED] ORDER |

This matter comes before the Court on the *ex parte* application of Lighthouse Investment Partners LLC; and The Church of England Pensions Board, as Trustee of The Church Administrators Pension Fund (the "Applicants") for an order pursuant to 28 U.S.C. § 1782 granting leave to obtain discovery for use in a foreign proceeding. The Applicants seek deposition testimony from JPMorgan Chase & Co. ("JPM") in connection with foreign proceedings pending in the City Court of Copenhagen and Eastern High Court in Denmark between the Applicants and the defendant in the underlying Danish Actions, Danske Bank A/S. Upon the Applicants' Renewed Application For An Order Pursuant to 28 U.S.C. § 1782 (the "Renewed Application"), the accompanying Memorandum of Law, and the Supplemental Declaration of Alice Y. Lee (the "Supplemental Lee Declaration") filed concurrently today (ECF No. 12), the Court:

**HEREBY GRANTS** the Renewed Application.

**IT IS HEREBY ORDERED THAT:**

1. The Applicants are authorized pursuant to 28 U.S.C. § 1782 to take discovery from JPM for use in foreign proceedings, relating to the issues identified in their Renewed Application, including issuing the subpoena for deposition testimony in the form attached as Exhibit A to the Supplemental Lee Declaration;

2. JPM is directed to comply with such subpoena in accordance with the Federal Rules of Civil Procedure and the Rules of this Court; and

1

3. Counsel for the Applicants is appointed to issue, sign and serve such subpoena upon JPM.

4. This order is without prejudice to any objections and/or motion to quash the subpoena that JPM may raise.

Signed this _____ day _____ 2025

SO ORDERED

_____
Hon. Lewis A. Kaplan
United States District Judge

11/12/25